1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   WYNTER L. DEAGLE, Cal. Bar No. 296501
2  12275 El Camino Real, Suite 100
   San Diego, California 92130-4092
3  Telephone:  858.720.8900
   Facsimile:   858.509.3691
4  E mail:      *wdeagle@sheppardmullin.com*

5  STACEY EVANS LAW
6  STACEY GODFREY EVANS (*pro hac vice*)
   TIFFANY N. WATKINS (*pro hac vice*)
7  4200 Northside Parkway Northwest, Suite 200
   Atlanta, GA 30327
8  Tel: 770-779-9602
   Email: *sevans@staceyevanslaw.com*
9         *twatkins@staceyevanslaw.com*

10 *caption continued on second page*

11

12              **UNITED STATES DISTRICT COURT**

13            **SOUTHERN DISTRICT OF CALIFORNIA**

14

15 DR. MAHENDRA AMIN, M.D.,            Case No. 21-cv-01635-L-BGS

16            Plaintiff,              **JOINT MOTION TO ENTER**
                                      **MODIFIED BRIEFING SCHEDULE**
17      v.                            **FOR DEFENDANT'S MOTION TO**
                                      **STRIKE COMPLAINT PURSUANT**
18                                    **TO C.C.P. § 425.16**
   DON WINSLOW,
19

20            Defendant.

21

22

23

24

25

26

27

28

CHILIVIS, GRUBMAN, DALBEY &
WARNER LLP
SCOTT ROBERT GRUBMAN (*pro hac vice*)
1834 Independence Square
Atlanta, GA 30338
Tel: 404-233-4171
Email: *sgrubman@cglawfirm.com*

Attorneys for Plaintiff
DR. MAHENDRA AMIN, M.D.

BALLARD SPAHR LLP
ROBERT S. GUTIERREZ (CBN 143223)
OMARR K. RAMBERT (CBN 334534)
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Tel: 424-204-4400
Email: *gutierrezr@ballardspahr.com*
        *ramberto@ballardspahr.com*

BALLARD SPAHR LLP
SETH D. BERLIN (*Pro Hac Vice* Pending)
1909 K Street, NW, 12th Floor
Washington, DC 20006-1157
Tel: 202-661-2200
Email: *berlins@ballardspahr.com*

Attorneys for Defendant
DON WINSLOW

Case No. 21-CV-01635-L-BGS
JOINT MOTION TO ENTER MODIFIED BRIEFING SCHEDULE

1   Plaintiff Dr. Mahendra Amin ("Plaintiff") and Defendant Don Winslow
2   ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel,
3   respectfully move this Court to enter a modified briefing schedule on Defendant's
4   Motion to Strike Plaintiff's Complaint Pursuant to C.C.P. § 425.16 (ECF No. 10)
5   ("Motion to Strike"). In support of the instant motion, the Parties state as follows:

6   1.   On December 21, 2021, Defendant filed its Motion to Strike. A hearing
7   date of January 24, 2022 was obtained from the Court the day of the filing.

8   2.   Under the default deadlines provided by S.D. California Local Rule
9   7.1(e), Plaintiff's opposition to the Motion to Strike is due January 10, 2022, and
10  Defendant's reply is due January 17, 2022.

11  3.   The current briefing schedule includes periods that fall on dates during
12  and immediately after the Christmas and New Year Holidays.

13  4.   Due to the Holiday season, Plaintiff seeks additional time to file his
14  Opposition to the Motion to Strike. Defendant does not oppose that request but, given
15  other obligations on other matters in late January, would then need a modest amount
16  of additional time as well to file his Reply.

17  5.   Accordingly, the Parties respectfully request that this Court modify the
18  default briefing schedule provided under Local Rule 7.1(e) to provide them additional
19  time to complete briefing on the Motion to Strike.

20  6.   Importantly, there has been no scheduling order entered in the case so
21  the Parties' request for a modified briefing schedule will not impact any other
22  deadlines.

23  7.   The Parties seek to extend the currently set briefing schedule in good
24  faith and for no improper purpose or to cause undue delay.

25  8.   Based on the above, good cause exists to modify the default briefing
26  schedule provided under Local Rule 7.1(e) for the Motion to Strike. The Parties
27  stipulate and agree, subject to the Court's approval, to the following briefing schedule:

28

1  **Deadline for Plaintiff to File Opposition:  January 24, 2022**

2  **Deadline for Defendant to File Reply: February 9, 2022**

3  **Hearing on Motion to Strike: To be set, if requested by Court**

4  WHEREFORE, for good cause shown, the Parties respectfully request the

5  Court grant their Joint Motion to Enter Modified Briefing Schedule and extend the

6  Parties' deadlines to submit their Opposition and Reply on the Defendant's Motion to

7  Strike in accordance with the schedule requested above.

8  A Proposed Order for entry of this briefing schedule will also be submitted to

9  the Court.

10  / / /

11  / / /

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    Dated:  December 27, 2021             Respectfully submitted,

2    *By:  /s/ Wynter L. Deagle*            *By:  /s/ Robert S. Gutierrez*

3    Stacey Godfrey Evans (*pro hac vice*)  Robert S. Gutierrez (CBN 143223)
     Tiffany N. Watkins (*pro hac vice*)    Omarr K. Rambert (CBN 334534)
4    **Stacey Evans Law**                   **Ballard Spahr LLP**
5    4200 Northside Parkway Northwest       2029 Century Park East
     Suite 200                              Suite 1400
6    Atlanta, GA 30327                      Los Angeles, CA 90067-2915
7    Tel: 770-779-9602                      Tel: 424-204-4400
     Email: sevans@staceyevanslaw.com       Email: gutierrezr@ballardspahr.com
8          twatkins@staceyevanslaw.com            ramberto@ballardspahr.com
9
     Scott Robert Grubman (*pro hac vice*)  Seth D. Berlin (*Pro Hac Vice* Pending)
10   **Chilivis, Grubman, Dalbey & Warner,**  **Ballard Spahr LLP**
11   **LLP**                                1909 K Street, NW, 12^th^ Floor
     1834 Independence Square               Washington, DC 20006-1157
12   Atlanta, GA 30338                      Tel: 202-661-2200
13   Tel: 404-233-4171                      Email: berlins@ballardspahr.com
     Email: sgrubman@cglawfirm.com
14
15   Wynter L. Deagle (CBN 296501)          *Attorneys for Defendant Don Winslow*
     **Sheppard, Mullin, Richter & Hampton,**
16   **LLP**
17   12275 El Camino Real, Suite 100
     San Diego, California 92130-4092
18   Tel: 858-720-8900
     Email: wdeagle@sheppardmullin.com
19
20   *Attorneys for Plaintiff Dr. Mahendra Amin*

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE

I, Wynter L. Deagle, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of December, 2021, at San Diego, California.

*/s/Wynter L. Deagle*
Wynter L. Deagle