1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., | Case No. 21-cv-01635-L-BGS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO ENTER MODIFIED BRIEFING SCHEDULE** |
| v. | |
| DON WINSLOW, | **[ECF No. 11]** |
| Defendant. | |

For good cause shown pursuant to Rule 6(b) of Federal Rules of Civil Procedure, the Joint Motion to Enter Modified Briefing Schedule for Defendant's Motion to Strike Complaint Pursuant to C.C.P. § 425.16 is granted.  Accordingly, it ordered as follows:

1.      No later than January 24, 2022, Plaintiff shall file and serve his or her opposition, if any.

2.      No later than February 9, 2022, Defendant shall file and serve his or her reply, if any.

////

3.   The hearing date set for January 24, 2022, is vacated.  Upon notice to the parties, the Court may reset the hearing.  *See* Civ. Loc. R. 7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  January 3, 2022

Hon. M. James Lorenz
United States District Judge