AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## SOUTHERN District of CALIFORNIA

DR. MAHENDRA AMIN, M.D.

                 Plaintiff (s),

V.

DON WINSLOW

                 Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:21-CV-01635-L-BGS

Notice is hereby given that, subject to approval by the court, Plaintiff Dr. Mahendra Amin, M.D. substitutes
                                                                                                                   (Party (s) Name)

James Taylor-Copeland, State Bar No. 284743 as counsel of record in
(Name of New Attorney)

place of Wynter L. Deagle (Cal Bar No. 296501), Anne-Marie D. Dao (Cal Bar No. 282632), and Yarazel Mejorado (Cal Bar No. 322681) of SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Taylor-Copeland Law |
| Address: | 501 W Broadway, Suite 800, San Diego, California 92101-3546 |
| Telephone: | 619-734-8770          Facsimile |
| E-Mail (Optional): | james@taylorcopelandlaw.com |

I consent to the above substitution.                           Dr. Mahendra Amin, M.D.

Date:    March 16 2022                                                _[signature]_
                                                                               (Signature of Party (s))

I consent to being substituted.                              Wynter L. Deagle; Anne-Marie D. Dao; Yarazel Mejorado

Date:    March 14, 2022                                              _[signatures]_
                                                                          (Signature of Former Attorney (s))

I consent to the above substitution.                      James Taylor-Copeland

Date:    March 16 2022                                               _[signature]_
                                                                           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    April 13, 2022                                               _[signature]_
                                                                           Judge
                                                         Hon. M. James Lorenz

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com