James Q. Taylor-Copeland
501 W. Broadway, Suite 800
San Diego, CA 92101
Tel: 619.734.8770
Fax: 619.566.4341

Stacey Godfrey Evans (*pro hac vice*)
Tiffany N. Watkins (*pro hac vice*)
John Amble Johnson (*pro hac vice*)
4200 Northside Parkway NW  Bldg One; Suite 200
Atlanta, GA 30327
Tel: 770.779.9602
Fax: 404.393.2828

Scott R. Grubman (*pro hac vice*)
1834 Independence Square Atlanta, GA 30338
Tel: 404.233.4171
Fax: 404.261.2842

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., <br><br> Plaintiff, <br><br> v. <br><br> DON WINSLOW, <br><br> Defendant. | Case No. 21-cv-01635-L-BGS <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dr. Mahendra Amin, M.D., by his undersigned counsel, hereby dismisses this action with prejudice, with each party to bear its own costs and attorney's fees.

| | |
|---|---|
| Dated:  January 16, 2024 | Respectfully submitted, |
| | /s/ *James Q. Taylor-Copeland* |
| | James Q. Taylor-Copeland |
| | **Taylor-Copeland Law** |
| | 501 W. Broadway, Suite 800 |
| | San Diego, CA 92101 |
| | Tel: 619.734.8770 |
| | Fax: 619.566.4341 |
| | Email: james@taylorcopelandlaw.com |
| | |
| | /s/ *Stacey G. Evans* |
| | Stacey G. Evans (*pro hac vice*) |
| | Tiffany N. Watkins (*pro hac vice*) |
| | John A. Johnson *(pro hac vice)* |
| | **Stacey Evans Law** |
| | 4200 Northside Parkway Northwest Suite 200 |
| | Atlanta, GA 30327 |
| | Tel:   770-779-9602 |
| | Email: sevans@staceyevanslaw.com |
| | twatkins@staceyevanslaw.com |
| | ajohnson@staceyevanslaw.com |
| | |
| | Scott Robert Grubman (*pro hac vice*) |
| | **Chilivis, Grubman, Dalbey & Warner, LLP** |
| | 1834 Independence Square |
| | Atlanta, GA 30338 |
| | Tel: 404-233-4171 |
| | Email: sgrubman@cglawfirm.com |
| | |
| | *Attorneys for Plaintiff Dr. Mahendra Amin, M.D.* |