|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JAN 19 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| MAHENDRA AMIN, M.D.; Dr.,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>DON WINSLOW,<br><br>        Defendant-Appellant. | No.   22-55872<br><br>D.C. No.<br>3:21-cv-01635-L-BGS<br>Southern District of California,<br>San Diego<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 50), this appeal is voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

 

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator